| | FOR COURT USE ONLY |
|---|---|
| ☒ Recording requested by a return to:<br>ADAM L. STRELTZER, Attorney at Law<br>California Bar No. 175075<br>1875 Century Park East, Suite 700<br>Los Angeles, California 90067<br>Telephone: (424) 652-8010  Fax: (424) 652-2296<br>Email: adam@streltzer.com | |
| **UNITED STATES BANKRUPTCY COURT**<br>**CENTRAL DISTRICT OF CALIFORNIA** | |
| In re:<br>PETER D. MULLINS<br>Debtor | CASE NUMBER    2:12-bk-39952-WB<br>ADVERSARY NUMBER   2:12-ap-02670-WB |
| RONALD KOLODZIEJ, an individual and doing business as NIAGARA CONSTRUCTION,   Plaintiff<br>vs.<br>PETER D. MULLINS, an individual,<br>Defendant | **ABSTRACT OF JUDGMENT** |

The Judgment Creditor applies for an abstract of judgment and represents:

1. The Judgment Debtor's:

    a. Name and address     PETER D. MULLINS, an individual

    2633 Lincoln Blvd. #342

    Santa Monica, CA 90405

    ☐ Address Unknown

    b. Driver's License No. _____    ☒ Unknown

    c. Social Security No.    XXX - XX - 1332                      ☐ Unknown

2. The Summons was personally served at, or mail to (address):

    Peter D. Mullins, an individual, 2520 Fifth St., Santa Monica, CA, 90405

3. ☐ Information regarding additional judgment debtors is shown on reverse side.

Dated: September 7, 2015                    Adam L. Streltzer    /s/ Adam Streltzer
                                            (Signature of Judgment Creditor or Attorney)

(Continued on Reverse Side)

*Revised February 2010*

Abstract of Judgment - Page Two

| In re           (SHORT TITLE)<br>PETER D. MULLINS<br>Debtor(s). | CHAPTER  11<br>ADVERSARY NO.: 2:12-ap-02670-WB |
|---|---|

4. I certify that in the above-entitled action and Court, Judgment was entered on August 11, 2014,
in favor of RONALD KOLODZIEJ, an individual and doing business as NIAGARA CONSTRUCTION, and against PETER D. MULLINS, an individual,

for  $ 217,000.00              Principal,

    $ 260.64                   Interest,

    $ ///                      Attorney's Fees, and

    $ ///                      Costs.

A lien in favor of a judgment creditor is:

[X] not endorsed on the judgment.

[ ] endorsed on the judgment as follows:

1. Amount $ _____

2. In favor of (name) _____

A stay of execution has:

[X] not been ordered by the Court.

[ ] been ordered by the Court effective until (date): _____

Attested this _____ (SEAL) _____ day of September - 2015.

KATHLEEN J. CAMPBELL
Clerk of the Bankruptcy Court

By: _____
             Deputy Clerk

Information regarding additional judgment debtors:

///
///
///
///

*Revised February 2010*