ADAM L. STRELTZER, Attorney at Law
California Bar Number 175075
1875 Century Park East, Suite 700
Los Angeles, California 90067-2508
Tel: (424) 652-8010
Fax: (424) 652-2296
Email: adam@streltzer.com

Attorney for Judgment Creditor RONALD
KOLODZIEJ, an individual and doing
business as NIAGARA CONSTRUCTION

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| In re<br><br>PETER D. MULLINS,<br><br>       Debtor.<br><br>RONALD KOLODZIEJ, an individual and doing business as NIAGARA CONSTRUCTION,<br><br>       Plaintiff(s),<br><br>v.<br><br>PETER D. MULLINS, an individual,<br><br>       Defendant(s). | Case No. **2:12-bk-39952-WB**<br><br>Chapter **11**<br><br>Adv. No. **2:12-ap-02670-WB**<br><br>**<u>AMENDED</u> NOTICE OF MOTION/HEARING FOR: ORDER ASSIGNING JUDGMENT DEBTOR'S RIGHT TO PAYMENTS AND ORDER RESTRAINING JUDGMENT DEBTOR**<br>[F.R.B.P. Rule 7069; F.R.C.P. Rule 69(a)(1); Cal. Code of Civ. Proc. §§708.510 & 708.520]<br><br>*Originally set for hearing Sept. 29, 2016*<br><br>Hearing:<br>Date:  **October 11, 2016**<br>Time:  **2:00 p.m.**<br>Place:  Courtroom 1375<br>         255 E. Temple St.<br>         Los Angeles, California<br><br>Judgment Entered:   August 11, 2014 |

**TO JUDGMENT DEBTOR PETER D. MULLINS, AN INDIVIDUAL:**

    1.    NOTICE IS HEREBY GIVEN that on **October 11, 2016** at **2:00 p.m.** in **Courtroom 1375** of the United States Bankruptcy Court, located at 255 E. Temple St., Los Angeles, California, Movant and Judgment Creditor RONALD KOLODZIEJ, an individual

1

and doing business as NIAGARA CONSTRUCTION, will move this court for an Order granting the relief sought as set forth in the Motion and accompanying supporting documents which were previously filed and served and originally set for hearing on September 29, 2016. Said Motion is based upon the grounds set forth in the Motion and accompanying documents.

2. **Your rights may be affected.** You should read these papers carefully and discuss them with your attorney, if you have one. (If you do not have an attorney, you may wish to consult one.)

3. **Deadline for Opposition Papers:** This Motion is being heard on regular notice pursuant to LBR 9013-1. If you wish to oppose this Motion, you must file a written response with the court and serve a copy of it upon the Movant or Movant's attorney at the address set forth above no less than fourteen (14) days prior to the above hearing date. If you fail to file a written response to this Motion within such time period, the court may treat such failure as a waiver of your right to oppose the Motion and may grant the requested relief.

Respectfully submitted.

DATED: September 15, 2016         ADAM L. STRELTZER, Attorney at Law

By:     /s/ Adam L. Streltzer
Adam L. Streltzer
Attorney for Judgment Creditor RONALD KOLODZIEJ, an individual and doing business as NIAGARA CONSTRUCTION

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

1875 Century Park East, Suite 700, Los Angeles, CA 90067 and 400 Corporate Pointe, Suite 300, Culver City, CA 90230.

A true and correct copy of the foregoing document entitled (*specify*): **AMENDED NOTICE OF MOTION/HEARING FOR: ORDER ASSIGNING JUDGMENT DEBTOR'S RIGHT TO PAYMENTS AND ORDER RESTRAINING JUDGMENT DEBTOR [F.R.B.P. Rule 7069; F.R.C.P. Rule 69(a)(1); Cal. Code of Civ. Proc. §§708.510 & 708.520]**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **09/15/2016**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- Dana M Douglas       -    dmddouglas@hotmail.com
- Kevin T Simon         -    kevin@srhlawfirm.com, ktsecf@gmail.com
- Adam L Streltzer      -    adam@streltzer.com
- United States Trustee (LA)  -  ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) **09/15/2016**, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

- Hon. Julia W. Brand, United States Bankruptcy Court, 255 E. Temple Street, Suite 1382, Los Angeles, California 90012
- Peter D. Mullins, 2633 Lincoln Blvd. #342, Santa Monica, California 90405
- Peter D. Mullins, 2520  5th St. #A, Santa Monica, California 90405
- Donna Dishbak, Esq., 433 N. Camden Drive, 4th Fl., Beverly Hills, CA  90210

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) **09/15/2016**, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 09/15/2016 | ADAM L. STRELTZER | /s/ Adam L. Streltzer |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**