United States Bankruptcy Court
Central District of California

KOLODZIEJ,
      Plaintiff                                                              Adv. Proc. No. 12-02670-WB

Mullins,
      Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-2        User: admin        Page 1 of 1        Date Rcvd: Oct 18, 2016
                            Form ID: pdf031   Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 20, 2016.
dft        +Peter D Mullins,   2520 5th St.,   Santa Monica, CA 90405-3704
pla        +RONALD KOLODZIEJ,   Niagara Construction,   4919 Beloit Ave.,   Culver City, CA 90230-5203

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                           TOTAL: 0

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 20, 2016                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 18, 2016 at the address(es) listed below:
          Adam L Streltzer   on behalf of Plaintiff RONALD  KOLODZIEJ adam@streltzer.com
          Dana M Douglas   on behalf of Defendant Alex  Martinez dmddouglas@hotmail.com
          Kevin T Simon   on behalf of Defendant Peter D Mullins kevin@srhlawfirm.com,   ktsecf@gmail.com
          United States Trustee (LA)   ustpregion16.la.ecf@usdoj.gov
                                                                                                                                    TOTAL: 4

ADAM L. STRELTZER, Attorney at Law
California Bar Number 175075
1875 Century Park East, Suite 700
Los Angeles, California 90067-2508
Tel: (424) 652-8010
Fax: (424) 652-2296
Email: adam@streltzer.com

Attorney for Judgment Creditor RONALD
KOLODZIEJ, an individual and doing
business as NIAGARA CONSTRUCTION

**FILED & ENTERED**

**OCT 18 2016**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY beaucham DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re<br><br>PETER D. MULLINS,<br><br>　　　　Debtor.<br><br>RONALD KOLODZIEJ, an individual and doing business as NIAGARA CONSTRUCTION,<br><br>　　　　Plaintiff(s),<br><br>v.<br><br>PETER D. MULLINS, an individual,<br><br>　　　　Defendant(s). | Case No. **2:12-bk-39952-WB**<br><br>Chapter **11**<br><br>Adv. No. **2:12-ap-02670-WB**<br><br>**ORDER ASSIGNING JUDGMENT DEBTOR'S RIGHT TO PAYMENTS AND ORDER RESTRAINING JUDGMENT DEBTOR**<br><br>F.R.B.P. Rule 7069; F.R.C.P. Rule 69(a)(1); Cal. Code of Civ. Proc. §§708.510 & 708.520<br><br>Hearing:<br>Date:　October 11, 2016<br>Time:　2:00 p.m.<br>Place:　Courtroom 1375<br><br>Judgment Entered:　August 11, 2014 |

The Court, having considered the motion of Judgment Creditor RONALD KOLODZIEJ, an individual and doing business as NIAGARA CONSTRUCTION ("**Judgment Creditor**"), pursuant to F.R.B.P. Rule 7069, F.R.C.P. Rule 69(a)(1), and Cal. Code of Civ. Proc. §§708.510 & 708.520, for assignment and restraining orders, there having been no opposition filed, and good cause being presented, hereby grants the Judgment Creditor's motion and enters the following orders:

1

**IT IS ORDERED** that the rights of Judgment Debtor PETER D. MULLINS, an individual ("**Judgment Debtor**"), to payment of monies due or to become due from:

    (a)    the Seller/Owner of that certain residential real property located at 435 Pier Ave., Santa Monica, California 90405 (APN 4287-026-011);

    (b)    the Seller/Owner of that certain residential real property located at 2817 Third St., Santa Monica, California 90405 (APN 4287-022-014);

for any and all salesperson and/or broker commissions, fees, consulting fees, advances, reimbursement to expense accounts, bonuses, sales bonuses, royalty bonuses, and all other types of related payments (other than wages), regardless of whether paid directly to Judgment Debtor or indirectly through AP Real Estate, Peter Mullins Properties, Peter Mullins Real Estate, Inc., or St Onge Mullins Properties Inc., are hereby assigned to Judgment Creditor, to the extent necessary to pay the Judgment in full, including all costs, fees, and interest accrued through the date of payment.

**IT IS FURTHER ORDERED** that the Judgment Debtor, and any servant, agent, employee, representative, attorney, or any person(s) in active concert and participating with the Judgment Debtor, is hereby restrained and enjoined from encumbering, assigning, selling, transferring, disposing, dividing, or licensing Judgment Debtor's above-described rights to payment prior to the satisfaction of Judgment Creditor's judgment entered in this case.

**NOTICE IS HEREBY GIVEN THAT FAILURE BY THE JUDGMENT DEBTOR TO COMPLY WITH THIS ORDER MAY SUBJECT HIM TO BEING HELD IN CONTEMPT OF COURT (CAL. CODE OF CIV. PROC. §708.520)**

Date: October 18, 2016

Julia W. Brand
United States Bankruptcy Judge

2