| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address) | TELEPHONE NUMBER | FOR COURT USE ONLY |
|---|---|---|
| Adam L. Streltzer SBN 175075<br>ADAM L. STRELTZER<br>400 CORPORATE POINT, STE 300<br>CULVER CITY CA 90230<br>ATTORNEY FOR    Judgment Creditor | (424) 652-8010<br><br>Ref. No. or File No.<br>1054 - Kolodziej - Judgment | |
| UNITED STATES DISTRICT COURT - CENTRAL BANKRUPTCY, LOS ANGELES<br>255 E Temple St. Roybal Bldg. #940<br>Los Angeles, CA 90012 | | |
| SHORT TITLE OF CASE:<br>KOLODZIEJ, RONALD v. MULLINS, PETER D | | |
| INVOICE NO.   DATE:   TIME:   1370669 | DEP./DIV. | CASE NUMBER:<br>2-12-ap-02670-WB |

United States District Court

Declaration of Service

I, the undersigned, declare under penalty of perjury that I was on the date herein referred to over the age of 21 years and not a party to the within entitled action. I served the:

Order Assigning Judgment Debtor's Right to Payments and Order Restraining Judgment Debtor;

On: Peter D. Mullins

At: 2520 5th St., #A
    Santa Monica, CA 90405

On: 10/19/2016          At: 04:42 PM

Fees Paid: 0.00

Person who served papers
   a. Name: John Gonzalez
   b. Address: 1545 Wilshire Blvd. Suite 311, Los Angeles, CA 90017
   c. Telephone number: 213-628-6338
   d. The fee for this service was: 95.00   e. I am:
   (3) [X] a registered CA process server:
       (i) [X] Independent Contractor
       (ii) Registration No.: 2971
       (iii) County: Los Angeles

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of service and statement of fees is true and correct.

10/27/2016

John Gonzalez                                          >  _[signature]_

Declaration of Service

Billing Code: 1054 - Kolodziej - Judgment